## STIPULATION FOR DISMISSAL OR SETTLEMENT OF CASES

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Heinlein and Lori Heinlein, his wife | No. 05-01769 |
| Plaintiffs | |
| v. | |
| Progressive Northern Insurance Company, | |
| Defendant | |

JUDICIAL OFFICER(S):  Judge Ambrose

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned case has been settled, and the Court may enter an order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

/s/David M. Landay
David M. Landay, Esquire
Attorney for Plaintiffs
PA ID.#34897

The Grant Building - Suite 1420
310 Grant Street
Pittsburgh, PA  15219
(412)471-6500

/s/Patricia Monahan
Attorney for Defendant
PA ID #58784

Marshall Dennehey Warner Coleman & Goggin
Suite 2900 US Steel Tower
600 Grant Street
Pittsburgh, PA  15219
(412)803-1151

ORDER

AND NOW, this 25th day of Sept, 2007, IT IS SO ORDERED. This case is dismissed with prejudice.

*Donetta W. Ambrose*
United States District Judge